IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VERONICA LOPEZ, | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-25-3662 |
| KRISTI NOEM, et al., | * | |
| Respondents. | * | |
| | * | |

***

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 5th day of December, 2025, by the United States District Court for the District of Maryland, hereby:

1.   ORDERED that Petitioner Veronica Lopez's Motion for Temporary Restraining Order (ECF No. 4), which the Court construes as a Motion for Preliminary Injunction, is GRANTED in that:

   a.   Within seven (7) days of the date of this Order, Respondents shall return Lopez to the Baltimore Field Office of U.S. Immigration and Customs Enforcement ("ICE") located at 31 Hopkins Plaza, 6th Floor, Baltimore Maryland 21201 (the "ICE Baltimore Field Office") for an initial determination by an immigration officer on Lopez's bond or detention under 8 U.S.C. § 1226(a);

b.      If the immigration officer does not release Lopez on a bond, Respondents shall arrange for her to receive, within seven (7) days of the date of this Order, a bond hearing before an immigration judge, at which she can be represented by her present counsel, at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland;

c.      The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1, and Respondents shall PROVIDE Lopez with any other process due to her under these provisions;

d.      During any ICE detention following the immigration officer's determination and before any bond hearing to occur in accordance with this Order, Lopez shall be detained in Maryland or in a state immediately adjacent to Maryland;

e.      If Lopez is not released on bond or provided with a bond hearing within seven (7) days of this Order, Respondents shall RELEASE Lopez from custody from the ICE Baltimore Field Office. If released, Lopez may be subject to conditions, including a requirement that she appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland;

f.      Within ten (10) days of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order. If Lopez has not been released from custody, the Joint Status Report shall state whether and when a bond hearing was held in accordance with this

2

Order and shall further inform the Court of the grounds for the immigration judge's decision;

2.    IT IS FURTHER ORDERED that Lopez's Motion for Temporary Restraining Order (ECF No. 4), which the Court construes as a Motion for Preliminary Injunction, is DENIED as to any further relief she seeks at this time;

3.    IT IS FURTHER ORDERED that the Court shall RETAIN jurisdiction of this matter to enforce compliance with this Order; and

4.    IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this order to all counsel of record.

_____/s/_____
George L. Russell, III
Chief United States District Judge